# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA IVERSEN, an individual, | Case No. 8:18-cv-01116-AG-DFM |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| HARTFORD FINANCIAL SERVICES, INC., an Illinois corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; LYDIA BOUZAGLOU-NEWCOMB, an individual; and DOES 1 through 50, inclusive, | |
| Defendants | |

ORDER

CASE NO. 8:18-CV-01116-AG-DFM

55825802v.1

Good cause appearing therefore, **IT IS HEREBY ORDERED**, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear their own costs and attorneys' fees.

DATED: April 15, 2019         By: _____
                              Hon. Andrew J. Guilford
                              United States District Judge

1

[PROPOSED] ORDER

CASE NO. 8:18-CV-01116-AG-DFM

55825802v.1